900

■　The People of the State of New York v. Harrison Tarver.— Order of this court entered on December 20, 1960 (*ante*, p. 614), assigning Anthony F. Marra, Esq., as counsel for the defendant-appellant is vacated, and John G. Simon, Esq., of 575 Madison Avenue, New York, New York, is assigned as counsel for defendant-appellant for the purposes of the appeal in the place and stead of Anthony F. Marra, Esq.　The defendant-appellant's time within which to perfect said appeal is hereby enlarged to the May 1961 Term of this court. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■　In the Matter of the Arbitration between Ingardia Construction Co., Inc., and Dyker Building Co., Inc.— Motion to dispense with printing granted to the extent of dispensing with the printing in the record on appeal of the 5,320 pages of minutes of the hearings before the panel of arbitrators on condition that a typewritten transcript of said minutes are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument.　Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■　The People of the State of New York v. Hubert Tyler.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.　Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■　· (A) Michael R. Schlanger v. Tamara Cowan et al.— Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.　(B) Edwin G. Jenkins et al., v. Powell Savory Corporation et al.— [In each action.]　Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached.　Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■　William Solomon et al., v. John Van Allen et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure their appellants' points to be served and filed on or before March 2, 1961, with notice of argument for March 14, 1961, said appeal to be argued or submitted when reached.　Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■　Cornelius B. Chapman et al., Copartners Practicing Law under the Name of Chapman & Marko v. Frances M. Purdy et al., Individually and as Executrices of Herbert McL. Purdy, Deceased.— Motion for an enlargement of time granted insofar as to extend the defendants' time to serve and file the record on appeal and appellants' points to and including February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached.　If appellants fail to comply with the condition imposed, the respondents may enter an order dismissing the appeal without notice to the appellants.　Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■　Marcia Ben Ami Michel v. Yitshaq Ben Ami.— Motion for leave to reargue Motion Number 87 of January 17, 1961 granted and upon such reargument the motion is granted to the extent of extending the time of the appellant to file the minutes of the omitted hearings to and including February 15, 1961, and the time of the respondent to serve and file his typewritten respondent's points is extended to and including February 24, 1961.　The order of this court, entered on January 23, 1961, is modified accordingly.　Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.